# Exhibit 1

Type of Work: Serial

Registration Number / Date:
TX0009228702 / 2023-02-10

Application Title: AQUA

Title: AQUA. [Published: 2023-01-13. Issue: vol. 48, no. 2, February 2023]

Serial Publication Year:
2023

Frequency: Monthly.

Copyright Claimant:
Athletic Business Media Inc.

Nation of First Publication:
United States

Authorship on Application:
Athletic Business Media Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: Collective Work Authorship and Component Work(s) authored or fully owned by the Collective Work Author.

Issues Registered: vol. 48, no. 2, February 2023. Created 2023; Pub. 2023-01-13. Reg. 2023-02-10; TX0009228702

Rights and Permissions:
Athletic Business Media Inc., 22 E Mifflin Street Suite 910, Madison, WI, 53703, United States

Names: Athletic Business Media Inc.

================================================================================