**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ŌURA HEALTH OY and OURARING INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ULTRAHUMAN HEALTHCARE PVT. LTD. and ULTRAHUMAN HEALTHCARE LTD.,<br><br>Defendants. | ) | Case No. 2:23-CV-0396-JRG-RSP |

**ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

IT IS HEREBY ORDERED that Defendants Ultrahuman Healthcare Pvt. Ltd. and Ultrahuman Healthcare Ltd.'s Motion to Dismiss is GRANTED, and that the following claims set forth in Plaintiffs Ōura Health Oy and Ouraring Inc.'s First Amended Complaint (Dkt. 9) will be dismissed with prejudice: (1) all claims for indirect patent infringement of U.S. Patent No. 10,893,833, U.S. Patent No. 10,842,429, U.S. Patent No. 11,868,178, and U.S. Patent No. 11,868,179; (2) all claims for any damages incurred prior to September 1, 2023, for U.S. Patent Nos. 10,893,833 and 10,842,429, and prior to March 14, 2024, for U.S. Patent Nos. 11,868,178 and 11,868,179; (3) all claims for willful infringement of U.S. Patent No. 10,893,833, U.S. Patent No. 10,842,429, U.S. Patent No. 11,868,178, and U.S. Patent No. 11,868,179, and (4) all claims for copyright infringement.