**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ŌURA HEALTH OY and OURARING INC.<br><br>*Plaintiffs,*<br><br>v.<br><br>ULTRAHUMAN HEALTHCARE PVT. LTD. and ULTRAHUMAN HEALTHCARE LTD.<br><br>*Defendants*. | CASE NO. 2:23-CV-0396-JRG-RSP |

**JOINT MOTION TO STAY COPYRIGHT CLAIMS**

Plaintiffs Ōura Health Oy and Ōuraring Inc. ("Ōura") and Defendants Ultrahuman Healthcare Pvt. Ltd. and Ultrahuman Healthcare Ltd. ("Ultrahuman") (together, the "Parties") respectfully request the court to stay all remaining claims in the above referenced litigation.

On September 2, 2023, Ōura filed its Original Complaint for Patent and Copyright Infringement against Ultrahuman (Dkt. 001). That Complaint alleged that Ultrahuman infringed U.S. Patent Nos. 10,893,833 and 10,842,429 along with certain Ōura copyrights. *See id.*

On March 12, 2024, Ōura filed an ITC complaint against Ultrahuman asserting infringement of the '429 patent along with U.S. Patent Nos. 11,868,178 and 11,868,179. *See* Dkt. 37 at 2.

On March 13, 2024, Ōura filed an amended complaint in this action asserting infringement of the '429, '178, and '179 patents along with U.S. Patent No. 10,893,833. The amended complaint also included claims for copyright infringement. *See id.*

On May 12, 2024, Ultrahuman filed a Motion to Stay Pending Final Resolution of ITC Investigation. Dkt. 17. In that motion the Parties agreed to a stay in this action for all claims

relating to the ’429, ’178, and ’179 patents, and Ultrahuman asked the Court to exercise its discretion and also stay the claims related to the ’833 patent and the copyright infringement claims. *See id.*

The Court entered a Memorandum and Order on August 2, 2024. Dkt. 37. The Court granted in part Ultrahuman’s motion staying all of the patent-related claims but allowing the copyright claims to continue and be governed by Docket Control Order (Dkt. 32). Dkt. 37 at 5.

The Parties agree that it would be mutually advantageous to the Parties and the Court in the interest of judicial economy and efficiency to stay all remaining claims in this action – including the copyright infringement claims – pending resolution of the proceedings in the ITC. The Parties recognize that although the copyright infringement claims concern different law and will require some additional evidentiary showings, it would be the most efficient use of Party and Court resources to have the copyright infringement claims tried together with whatever remains of the patent claims once the ITC Investigation concludes.

WHEREFORE, the parties respectfully request the Court to stay Oura’s copyright claims against Ultrahuman until the ITC proceedings on the patent claims are resolved.

DATED: February 27, 2025

Respectfully submitted,

/s/ *Shaun W. Hassett*

Shaun W. Hassett, State Bar No. 24074372
**POTTER MINTON, P.C.**
102 North College, Suite 900
Tyler, TX 75702
Tel: 903.597.8311
shaunhassett@potterminton.com

**ARENTFOX SCHIFF LLP**
Janine A. Carlan
Jasjit S. Vidwan *(pro hac vice)*
Ross Q. Panko (*pro hac vice*)

1717 K Street, NW
Washington, DC 20006-5344
Tel: 202.857.6000
janine.carlan@afslaw.com
ross.panko@afslaw.com
jasjit.vidwan@afslaw.com

Matthew T. Wilkerson (*pro hac vice*)
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
matthew.wilkerson@afslaw.com
Tel: 312.258.5500

***ATTORNEYS FOR PLAINTIFFS***

*/s/ Elizabeth L. DeRieux*
Elizabeth L. DeRieux
Texas State Bar No. 05770585
S. Calvin Capshaw
Texas State Bar No. 037483900
CAPSHAW DERIEUX LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ederieux@capshawlaw.com
ccapshaw@capshawlaw.com

John T. Moehringer (*pro hac*)
New York Bar No. 2841211
Danielle V. Tully (*pro hac*)
New York Bar No. 4302758
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
John.Moehringer@cwt.com
danielle.tully@cwt.com

***Attorney for Defendants Ultrahuman Healthcare Pvt. Ltd. and Ultrahuman Healthcare Ltd.***

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff and Defendants complied with the meet and confer requirement in Local Rule CV-7(i). This motion is being filed jointly.

*/s/ Shaun W. Hassett*