**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

ŌURA HEALTH OY and OURARING INC.

*Plaintiffs,*

v.

ULTRAHUMAN HEALTHCARE PVT. LTD. and ULTRAHUMAN HEALTHCARE LTD.

*Defendants.*

CASE NO. 2:23-CV-0396-JRG-RSP

**ORDER**

Pending before the Court is Plaintiffs Ōura Health Oy and Ōuraring Inc. and Defendants Ultrahuman Healthcare Pvt. Ltd. and Ultrahuman Healthcare Ltd.'s Joint Motion to Stay Copyright Claims. **Dkt. No. 42**. Having considered the motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that this case is STAYED until the ITC proceedings on the patent claims are resolved.

It is further **ORDERED** that the Parties are to file a joint notice with the Court once the ITC proceedings are completed.

**SIGNED this 2nd day of March, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE