**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

Oura Health Oy et al.,
Plaintiffs,

v.

Ultrahuman Healthcare Pvt., Ltd. et al.,

Defendants.

**Civil Action No.** 2:23-cv-396-JRG-RSP

**JURY TRIAL DEMANDED**

# NOTICE OF CHANGE OF FIRM NAME

**PLEASE TAKE NOTICE** that, effective immediately, the firm Cadwalader, Wickersham & Taft LLP changed its name to Hogan Lovells Cadwalader US LLP ("Hogan Lovells Cadwalader"). All future reference to the firm in this matter should be to Hogan Lovells Cadwalader. The contact information for the Hogan Lovells Cadwalader attorney who is appearing in this matter on behalf of Defendants Ultrahuman Healthcare Pvt., Ltd. and Ultrahuman Healthcare Ltd., including his new email address, is as follows:

John T. Moehringer
Hogan Lovells Cadwalader US LLP
200 Liberty Street
New York, NY 10281
Telephone: +1 (212) 504-6731
john.moehringer@hlc.com

Dated: July 1, 2026

Respectfully submitted,

*By: /s/ John T. Moehringer*
John T. Moehringer
NY State Bar No. 2841211
john.moehringer@hlc.com
Hogan Lovells Cadwalader US LLP
200 Liberty Street
New York, NY 10281
Telephone: +1 (202) 504-6731

*Attorney for Defendants*
Ultrahuman Healthcare Pvt., Ltd. and
Ultrahuman Healthcare Ltd.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record on July 1, 2026.

*/s/ John T. Moehringer*
John T. Moehringer